THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Donovan Roman, Appellant.
 
 
 

Appeal from Florence County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2012-UP-181
 Submitted March 1, 2012  Filed March 14,
2012    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, and Assistant Attorney General Brendan J. McDonald, all of Columbia; and
 Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Donovan Roman appeals his sentence for murder,
 arguing the circuit court erred in sentencing him to life imprisonment without
 parole because he was eighteen years old at the time of the murder and the
 circuit court found that he was mentally ill.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v. Stahlnecker, 386 S.C. 609, 617, 690
 S.E.2d 565, 570 (2010) ("An objection must be made on a specific ground. 
 For an issue to be properly preserved it has to be raised to and ruled on by
 the [circuit] court." (citation omitted)); State v. Jennings, 394
 S.C. 473, 481-82, 716 S.E.2d 91, 95 (2011) (noting preservation rules also
 apply to constitutional arguments); State
 v. Barton, 325 S.C. 522, 531, 481 S.E.2d 439, 444 (Ct. App. 1997)
 ("Absent partiality, prejudice, oppression, or corrupt motive, this
 [c]ourt lacks jurisdiction to disturb a sentence that is within the limits
 prescribed by statute.").
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.